# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,                    CIVIL ACTION NO.: 10-13595

      Plaintiff,                                    HON.: LAWRENCE P. ZATKOFF

vs.

WAYNE F. LOCKARD, A.K.A. WAYNE LOCKARD,

      Defendant.

_____/

## ORDER FOR ALTERNATE SERVICE

AT A SESSION OF SAID COURT HELD IN
THE U.S. COURTHOUSE, PORT HURON, MICHIGAN
ON OCTOBER 28, 2010

After reviewing the Motion herein, and being otherwise advised in the matter, THE COURT FINDS:

Service of process upon defendant Wayne F. Lockard, a.k.a. Wayne Lockard, cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS THEREFORE ORDERED that:**

Service of the Summons and Complaint and a copy of this order shall be made by the following methods:

     a.     Certified Mail, Return Receipt Requested to 295 E. Sheffield Ave., Pontiac, MI 48340; and

     b.     Tacking or firmly affixing to the door at 295 E. Sheffield Ave., Pontiac, MI 48340.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the Court.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  October 28, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 28, 2010.

S/Marie E. Verlinde
Case Manager
(810) 984-3290